Andrew Alexander Dósa (State Bar #113106)
**Law Offices of Andrew Dósa**
1516 Oak Street, Suite 310
Alameda, California 94501
(510) 865-1600
Fax: 510/865-7245

Attorney for Brenda Coghe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. CR 95-505 JAM |
| Plaintiff. | |
| - vs. - | ORDER FOR RELEASE OF LIEN |
| JOSEPH ANTHONY GARCIA, | |
| Defendant. | |

This Court, having reviewed the Court files and records and the Motion for Release of Lien and Declaration of Andrew Alexander Dósa, the attorney for Brenda Coghe, successor-in-interest to Trustor John P. Garcia, Jr., now makes the following ruling:

IT IS HEREBY ORDERED, that the Clerk, U. S. District Court, Eastern District of California, as beneficiary of the Deed of Trust for Assignment of Rents, which constituted a $100,000.00 appearance bond in this action, shall immediately RELEASE the LIEN.

Dated: November 22, 2010

_____
United States District Court Judge

Order for Release of Lien

1